# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Allen, Reigan Rae | Docket No. | 0980 2:21CR00091-TOR-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Reigan Rae Allen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of August 2021, under the following conditions:

**Condition # 27**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Officer for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat, remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Condition #24**: Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation and any recommended treatment. Pretrial Services shall determine the evaluator and the schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: It is alleged that Ms. Allen violated her conditions of pretrial release by failing to appear for urinalysis testing at Alcohol Drug Education Program and Treatment (ADEPT) in Deer Park, Washington, on September 7, 2021.

On September 8, 2021, the undersigned officer received a telephone call from ADEPT advising Ms. Allen had failed to appear for random urinalysis testing on September 7, 2021. When the undersigned officer contacted Ms. Allen to discuss this, she indicated she must have forgotten to call.

On August 26, 2021, the conditions of pretrial release supervision were reviewed with Ms. Allen. She acknowledged an understanding of her conditions.

**Violation #2**: It is alleged that Ms, Allen violated her conditions of pretrial release by consuming fentanyl on or about September 5, 2021.

On September 9, 2021, at the direction of the undersigned officer, Ms. Allen reported to the U.S. Probation Office to submit to urinalysis testing. Prior to submitting to the urinalysis test, Ms. Allen denied the use of any illegal controlled substances. A urine sample was collected which yielded a positive result for the presence of fentanyl. When Ms. Allen was questioned about the positive urinalysis test, she admitted to using fentanyl on or around September 5, 2021. She signed a drug use admission form.

On August 26, 2021, the conditions of pretrial release supervision were reviewed with Ms. Allen. She acknowledged an understanding of her conditions

**Violation #3**: It is alleged that Ms. Allen violated her conditions of pretrial release by failing to engage in substance abuse treatment since August 10, 2021.

On September 8, 2021, the undersigned officer conducted a personal home contact at the residence of Ms. Allen. When drug and alcohol treatment was discussed, she indicated she was not currently in treatment and stated her doctor had told her she did not need treatment. The undersigned officer explained to her that the Court ordered her to participate in treatment, which she was made aware of in Court and by signing her conditions of release. According to Ms. Allen's mother, she has not engaged in treatment since July 2021.

On August 26, 2021, the conditions of pretrial release supervision were reviewed with Ms. Allen. She acknowledged an understanding of her conditions

PRAYING THAT THE COURT WILL ORDER A **WARRANT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    September 9, 2021

by    s/Corey M. McCain

Corey M. McCain
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

9/9/2021

Date