# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Allen, Reigan Rae | Docket No. | 0980 2:21CR00091-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Reigan Rae Allen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 9th day of August 2021 and again on the 23rd of September 2021, under additional conditions:

**Condition #25:** Defendant shall immediately enter into and successfully complete an inpatient treatment program. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, and all information or records related to the Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be responsible of defense counsel to provide such waivers. If the Defendant terminates any treatment program before it is completed, the treatment provider and defendant shall immediately notify the U.S. Probation Officer, and Defendant shall immediately return to custody of the U.S. Marshal.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: It is alleged that Ms. Allen violated her conditions of pretrial release by being unsuccessfully discharged from inpatient treatment at the Isabella House, on or about November 29, 2021.

On September 28, 2021, the defendant motioned the Court to release from custody and enter into inpatient treatment and successfully complete inpatient treatment. The Court granted the defendant's request.

On October 8, 2021, the undersigned reviewed the order granting Ms. Allen to participate in and successfully complete inpatient treatment, including condition number 25 (ECF. 53). Ms. Allen signed her conditions acknowledging an understanding of her conditions of pretrial release.

On September 29, 2021, Ms. Allen released from custody and entered into residential inpatient treatment at the Isabella House in Spokane, Washington. On November 28, 2021, the undersigned officer received a voice mail from Ms. Allen's counselor at th Isabella House, to include a followup call with Ms. Allen's counselor on November 29, 2021. She advised that Ms. Allen had overdosed on suspected fentynal on November 28, 2021, while at the Isabella House. She had to be revived by Narcan and was taken to the hospital by ambulance. It was alleged that Ms. Allen had hidden fentynal pills in their facility. Due to the behavior by Ms. Allen, she was unsuccessfully discharged from inpatient treatment. Ms. Allen has not made any effort to contact the undersigned officer and her whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

**Re: Allen, Reigan Rae**
**November 30, 2021**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   November 30, 2021 |
| by | s/Corey M. McCain |
|  | Corey M. McCain
U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/1/21
_____
Date